1012

[No. 26062–6–I.  Division One.  May 13, 1991.]

JOHN SCHWAMM, *Respondent,* v. McDONALD IMPORT
AUTOS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–2–16813–8, Dale B. Ramerman, J., entered
March 30, 1990. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Baker and Agid, JJ. Appeal
*dismissed* and opinion withdrawn by order dated May 29,
1991.

[No. 22800–5–I.  Division One.  May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN
STEPP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–05759–1, James J. Dore, J., entered
August 25, 1988. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Webster, A.C.J., and Cole-
man, J.

[Nos. 26510–6–I; 26247–5–I.  Division One.  May 13, 1991.]

DELORES SUND, *Appellant,* v. THE CITY
OF SEATTLE, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King
County, No. 88–2–01500–7, LeRoy McCullough, J., entered
January 11 and May 10, 1990. *Affirmed in part* and
*remanded* by unpublished opinion per Coleman, J., con-
curred in by Webster, A.C.J., and Baker, J.